# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re www.lawsociety.com<br><br>S.H. INC         Plaintiff,<br><br>        v.<br><br>THE LAW SOCIETY, United Kingdom<br><br>        Defendant | Case No:<br><br>COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW, Plaintiff, S.H. INC by and through its attorney of record Noah Davis of IN PACTA PLLC:

Providing notice to eNom.com (Registrar) that the Registrar must refrain from transferring, suspending or otherwise modifying the domain name during the pendency of the action, except upon order of the Court; and

Alleging as follows:

### I.     NATURE OF THE CASE

1. This is an action for injunctive and declaratory relief, involving a domain name dispute between Plaintiff S.H. Inc and Defendant The Law Society of the United Kingdom

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF -1

IN PACTA PLLC
801 Second Ave. Suite 307
Seattle, Washington 98104
Telephone: (206) 709-8281
Fax: (206) 860-0178

(a/k/a the Law Society of England and Wales), concerning the domain name: www.lawsociety.com;

2. Plaintiff is the lawful registrant of the domain name;

3. Defendant is allegedly a mark holder of a similar name in the United Kingdom;

4. This Action is brought pursuant to 15 U.S.C. §1125 the Anti-Cybersquatting Protection Act (ACPA) and United States law shall apply;

5. This case arose from a complaint filed by the Defendant with ICANN, compelling a non-binding form of alternative dispute resolution under UDRP through a WIPO administrative panel as Case No. D2009-1520 – a process (including selection of 'arbiters') which did not afford the Plaintiff with a full and fair opportunity to defend his lawful registration and use of the domain name at issue, nor did the process provide Plaintiff with an independent and fair adjudication of his rights;

6. The decision of the WIPO panel should be sealed or otherwise prevented from consideration as a basis of the Court's future decision in this action;

7. Based on the merits of his position, registration, use and intended use, as well as the Defendant not having superior rights to use and registration of the domain name at issue, Plaintiff prays for a declaration as to the lawful registration of the domain name, as well as a preliminary and permanent injunction against any transfer of the domain name to the Defendant;

## II. JURISDICTION AND VENUE

8. This action is brought by Plaintiff seeking relief pursuant to 28 U.S.C. § 1331 (federal question) by way of 15 U.S.C. §1114 et seq.;

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF -2

IN PACTA PLLC
801 Second Ave. Suite 307
Seattle, Washington 98104
Telephone: (206) 709-8281
Fax: (206) 860-0178

9. The Registrar of the site eNom, including the server of the Registrar, is located in Bellevue, King County Washington;

10. By Plaintiff's registration and Defendant's institution of a Complaint under UDRP, the Parties have consented to personal jurisdiction and venue in King County, Western District of Washington;

11. Otherwise, an in-rem action could be maintained, since the property in dispute (www.lawsociety.org) is located in Bellevue, Washington;

12. Thus, venue is proper under 28 U.S.C. §1391, et al. and 15 U.S.C. §1125(d);

### III.  PARTIES

13. Plaintiff is a corporation, located in Belize City and organized under the laws of Belize;

14. Defendant is a non-profit, or other entity, organized as an association of lawyers (a/k/a a bar association), located in London, and organized under the laws of England or the United Kingdom;

### IV. FACTS

15. Plaintiff is the lawful registrant of the domain name "lawsociety.com", registered with eNom (the initial registration of the site traces back to January 6, 1999);

16. Plaintiff's use and intended use of the site and generic name "lawsociety.com" is for lawful purposes, including dissemination of information to the public about legal services, lawyers, and the law;

17. Plaintiff's use and operation of the site is in good faith, and independent of the Defendant's website or other lawfully recognizable trademarks;

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF - 3

IN PACTA PLLC
801 Second Ave. Suite 307
Seattle, Washington 98104
Telephone: (206) 709-8281
Fax: (206) 860-0178

18. The current site found at www.lawsociety.com presents itself in a developmental stage, but nevertheless one presents information to a society of law – one which is free to the public, and supported by advertisements of various legal providers and related entities (not quite the level of lawyers.com or findlaw.com but also not so dissimilar);

19. Plaintiff's registration does not infringe on any United States' registered and recognized trademark of the Defendant or other person or entity (nor any common law trademark of the generic name "law society" – which is incapable of registration);

20. Plaintiff does not hold itself out as "the law society", but instead presents as an online society of legal information and law, i.e., the "law society" for the public;

21. Defendant disagrees with Plaintiff's ability to register the domain name "law society.com" and asserts some global ownership of the name "lawsociety" – even though the Defendant's main domain name is actually "www.lawsociety.org.uk";

22. The Defendant's position is such that the similar generic name "bar association" would be capable of trademark ownership by some entity, as would perhaps even "lawyer" or "the lawyer" if used long enough;

23. Even if Defendant's use of the name "the law society" somehow distinguishes itself from the commonality and generic nature of the phrase "law society", the Defendant's use and registration in the UK of the word "the" before the name "law" further distinguishes itself from the Plaintiff's registration in this case;

24. The Defendant does not have, and could not foreseeably have a famous mark or global trademark of the name "law society";

25. Furthermore, "the law society" of the UK is known by many in and outside the UK as "the law society of the UK" or "the law society of England and Wales";

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF -4

**IN PACTA PLLC**
801 Second Ave. Suite 307
Seattle, Washington 98104
Telephone: (206) 709-8281
Fax: (206) 860-0178

26. The attempted registration of "law society" or "bar association" or "lawyer" or "legal association" or "association of lawyers" is simply not distinct enough (nor is Defendant famous enough) to permit registration of such a name in the United States;

## VI. FIRST CAUSE OF ACTION

**ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT (ACPA)**
**Reverse Hi-Jacking Claim 15 U.S.C. §1114(2)(D)(v) and 15 U.S.C.§1125(d)**

Plaintiffs incorporate by reference each and every allegation set forth in paragraphs 1 through 24 with the same force and effect as though fully set forth herein.

28. Plaintiff does not have a bad faith intent to profit from a protected and recognized mark and instead, uses and intends to use the domain name, in part, for non-commercial speech and fair use; and

29. Regardless, the domain name "lawsociety.com" is generic and incapable of trademark protection;

30. Defendant's mark, which may be registered in the United Kingdom, is not registered in the United States, and is otherwise not distinctive within the meaning of Section 1125(c)(1) of the Lanham Act;

30. The Defendant does not have a "famous mark";

31. Plaintiff's domain name was wrongfully ordered to be transferred to the Defendant;

32. Plaintiff reserves the right to Amend this Complaint as Discovery unfolds;

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that transfer of the domain www.lawsociety.com be enjoined, that Plaintiff be declared the lawful registrant of this domain and that attorney fees

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF -5

IN PACTA PLLC
801 Second Ave. Suite 307
Seattle, Washington 98104
Telephone: (206) 709-8281
Fax: (206) 860-0178

and costs be awarded to Plaintiff pursuant to 15 U.S.C. Chapter 22, Subchapter III or other provisions of law as may be applicable.

DATED this 9th day of October, 2010

                                        IN PACTA, PLLC

                                        ___s/Noah Davis_____
                                        Noah C. Davis, WSBA#30939
                                        801 Second Ave. Suite 307
                                        Seattle, Washington 98104
                                        Telephone (206) 709-8281
                                        Facsimile (206) 860-0178

COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF -6

**IN PACTA PLLC**
**801 Second Ave. Suite 307**
**Seattle, Washington 98104**
**Telephone: (206) 709-8281**
**Fax: (206) 860-0178**