1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**THE HONORABLE MARSHA J. PECHMAN**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT  OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re www.lawsociety.com | Case No. CV10-0248MJP |
| S.H., INC. | |
| Plaintiff, | STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |
| vs. | |
| THE LAW SOCIETY, United Kingdom, | |
| Defendant | |

WHEREAS, plaintiff filed this action on February 9, 2010 and sent defendant a request to waive service under Rule 4 of the Federal Rules of Civil Procedure; and

WHEREAS, defendant returned the waiver of service on April 15, 2010, pursuant to which defendant's deadline to respond to the complaint was set for July 12, 2010; and

WHEREAS, the parties exchanged signature pages on a settlement agreement on July 9 but a dispute has arisen as to the form of the order to be submitted to the Court to effectuate the settlement agreement and the dismissal of the litigation; and

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100

WHEREAS, the parties are currently discussing the form of the final order for submission of the Court to effectuate the settlement and dismissal of this case; and

WHEREAS, if the parties are unable to reach agreement, defendant has indicated its intention to file a motion; and

WHEREAS, plaintiff has indicated that it would oppose any such motion; and

WHEREAS, the parties jointly request a one-week extension of today's deadline to allow them to attempt to resolve the remaining dispute between them and attempt to reach agreement on the proposed form of final order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant to respond to the Complaint in this proceeding shall be extended to and including July 19, 2010, by which time the parties either will submit a jointly proposed final or defendant shall file a motion to enforce the settlement agreement (which motion plaintiff may thereafter oppose).

Dated: Seattle, Washington
      July 12, 2010

IN PACTA Lawyers PLLC

By: _____/s/Noah Davis_____
    Noah Davis, WSBA No. 30939
    801 2nd Avenue, Suite 307
    Seattle, Washington 98104
    Tel. (206) 709-8281
    nd@inpacta.com

*Attorneys for* S.H. INC.

LEYDIG, VOIT & MAYER, LTD.

By: _____/s/Frances M. Jagla_____
    Frances M. Jagla, WSBA No. 38543
    1420 Fifth Avenue, Suite 3670
    Seattle, Washington 98101
    Tel: (206) 428-3104
    fjagla@leydig.com

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DEBEVOISE & PLIMPTON LLP

By:  /s/ David H.Bernstein
    David H. Bernstein
    919 Third Avenue
    New York, New York  10022
    Tel. (212) 909-6696
    dhbernstein@debevoise.com

*Attorneys for* THE LAW SOCIETY

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100

1

## ORDER

2

3    Having reviewed the Parties' Proposed Order Extending Time to Respond to Complaint,

4    The Court hereby GRANTS the Extension of Time.

5

6    **IT IS SO ORDERED.**

7

8    Dated this _____day of July, 2010.

9

10

11

12                                    _____

13                                    The Honorable Marsha J. Pechman
                                     United States District Judge
14

15   Presented by:

     DEBEVOISE & PLIMPTON, LLP
16
     ____/s/David H. Bernstein_____
17
     David H. Bernstein  (Admitted *Pro Hac Vice*)
18   919 Third Avenue
     New York, New York 10022
19   Tel:  (212) 919-6000
20

21
     LEYDIG, VOIT & MAYER, LTD.
22
     _____/s/Frances M. Jagla_____
23
     Frances M. Jagla, WSBA No. 38543
24   1420 Fifth Avenue
     Suite 3670
25   Seattle, Washington 98101
     Tel: (206) 428-3104
26

27