**THE HONORABLE MARSHA J. PECHMAN**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re www.lawsociety.com<br>S.H., INC.<br>    Plaintiff,<br>  vs.<br>THE LAW SOCIETY, United Kingdom,<br>    Defendant | Case No. CV10-0248MJP<br><br>STIPULATION AND ORDER EXTENDING<br>TIME TO RESPOND TO COMPLAINT |

   WHEREAS, plaintiff filed this action on February 9, 2010 and sent defendant a request to waive service under Rule 4 of the Federal Rules of Civil Procedure; and

   WHEREAS, defendant returned the waiver of service on April 15, 2010, pursuant to which defendant's deadline to respond to the complaint was set for July 12, 2010; and

   WHEREAS, the parties exchanged signature pages on a settlement agreement on July 9 but a dispute has arisen as to the form of the order to be submitted to the Court to effectuate the settlement agreement and the dismissal of the litigation; and

STIPULATION –CV10-0248MJP

Page 1 of 4

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100

1  WHEREAS, the parties are currently discussing the form of the final order for submission of the Court to effectuate the settlement and dismissal of this case; and

WHEREAS, if the parties are unable to reach agreement, defendant has indicated its intention to file a motion; and

WHEREAS, plaintiff has indicated that it would oppose any such motion; and

WHEREAS, the parties jointly request a one-week extension of today's deadline to allow them to attempt to resolve the remaining dispute between them and attempt to reach agreement on the proposed form of final order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant to respond to the Complaint in this proceeding shall be extended to and including July 19, 2010, by which time the parties either will submit a jointly proposed final or defendant shall file a motion to enforce the settlement agreement (which motion plaintiff may thereafter oppose).

Dated: Seattle, Washington
        July 12, 2010

| IN PACTA Lawyers PLLC | LEYDIG, VOIT & MAYER, LTD. |
|---|---|
| By: _____/s/Noah Davis_____ | By: _____/s/Frances M. Jagla_____ |
| Noah Davis, WSBA No. 30939 | Frances M. Jagla, WSBA No. 38543 |
| 801 2nd Avenue, Suite 307 | 1420 Fifth Avenue, Suite 3670 |
| Seattle, Washington 98104 | Seattle, Washington 98101 |
| Tel. (206) 709-8281 | Tel: (206) 428-3104 |
| nd@inpacta.com | fjagla@leydig.com |

*Attorneys for* S.H. INC.

STIPULATION –CV10-0248MJP

Page 2 of 4

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DEBEVOISE & PLIMPTON LLP

By: /s/ David H.Bernstein
    David H. Bernstein
    919 Third Avenue
    New York, New York  10022
    Tel. (212) 909-6696
    dhbernstein@debevoise.com

*Attorneys for* THE LAW SOCIETY

STIPULATION –CV10-0248MJP

Page 3 of 4

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100

**ORDER**

Having reviewed the Parties' Proposed Order Extending Time to Respond to Complaint, The Court hereby GRANTS the Extension of Time.

**IT IS SO ORDERED.**

Dated this 13th day of July, 2010.

_____
Marsha J. Pechman
United States District Judge

Presented by:

DEBEVOISE & PLIMPTON, LLP

   /s/David H. Bernstein
David H. Bernstein  (Admitted *Pro Hac Vice*)
919 Third Avenue
New York, New York 10022
Tel:  (212) 919-6000


LEYDIG, VOIT & MAYER, LTD.

     /s/Frances M. Jagla
Frances M. Jagla, WSBA No. 38543
1420 Fifth Avenue
Suite 3670
Seattle, Washington 98101
Tel: (206) 428-3104

STIPULATION –CV10-0248MJP

Page 4 of 4

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100