**THE HONORABLE MARSHA J. PECHMAN**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re www.lawsociety.com

S.H., INC.

    Plaintiff,

vs.

THE LAW SOCIETY, United Kingdom,

    Defendant

Case No. CV10-0248MJP

[PROPOSED] PERMANENT INJUNCTION AND FINAL ORDER ON CONSENT

This Permanent Injunction and Final Order on Consent ("Order") is made and entered into between S.H. Inc. ("Plaintiff") and The Law Society, United Kingdom ("Defendant") (together, the "Parties") on the terms and conditions set forth below:

WHEREAS, Defendant is the owner of the trademark THE LAW SOCIETY in the UK and had filed a complaint before the World Intellectual Property Organization Arbitration and Mediation Center under the Uniform Domain Name Dispute Resolution Policy, the results of which required Plaintiff to transfer the domain name www.lawsociety.com ("Domain Name") to Defendant;

WHEREAS, Plaintiff had filed this Action to prevent the transfer of the Domain from Plaintiff to Defendant and requesting a declaration that Plaintiff be declared the lawful registrant of the Domain;

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100

WHEREAS each of the Parties and their respective counsels believe, after investigating the facts and analyzing the legal issues, in consideration of all the circumstances and after arms' length negotiations, that its interests are best served by entering into the settlement set forth in this Order;

NOW THEREFORE, it is agreed by the undersigned on behalf of the Parties that all Claims of Plaintiff against Defendant be settled, compromised and released, and that the Action be dismissed with prejudice, without costs or attorneys' fees to any Party, on the following terms and conditions:

1. Plaintiff acknowledges the validity of the Defendant's rights in and to THE LAW SOCIETY trademark.

2. Within 5 days of the signing of the Order, Plaintiff shall cause the transfer of all right, title and interest in and to the Domain Name to the Defendant and shall respond appropriately to all correspondence with e-NOM to effectuate the transfer of the Domain Name.

3. Plaintiff and its principal Daniel Cox are hereby enjoined and restrained from filing for, acquiring, renewing, maintaining or using any other domain name or trademark that incorporates the LAW SOCIETY trademark or any phonetic or typographical variant thereof.

4. The Parties agree that the United States District Court for the Western District of Washington shall have exclusive jurisdiction over them for all purposes relating to the implementation and effectuation of this Order and all provisions thereof. Any and all disputes, requests or petitions regarding or arising out of the enforcement, construction, administration or interpretation of this Order must be made, if at all, to that Court by means of commencing an action seeking enforcement of the terms of this Stipulation.

5. Having obtained the express permission and consent of their respective clients, the undersigned signatories represent that they are fully authorized to execute and enter into the terms and conditions of this Order on behalf of the respective persons or entities for whom they have signed it.

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100

6. The terms and conditions of this Order shall be construed and enforced in accordance with, and governed by, the laws of the State of Washington, without regard to any applicable choice of law or conflicts rules.

Dated: Seattle, Washington
      July 15, 2010

| | |
|---|---|
| IN PACTA Lawyers PLLC | LEYDIG, VOIT & MAYER, LTD. |
| By:    /s/Noah Davis | By:    /s/Frances F. Jagla |
|      Noah Davis, WSBA No. 30939 |      Frances M. Jagla, WSBA No. 38543 |
|      801 2nd Avenue, Suite 307 |      1420 Fifth Avenue, Suite 3670 |
|      Seattle, Washington 98104 |      Seattle, Washington 98101 |
|      Tel. (206) 709-8281 |      Tel: (206) 428-3104 |
|      nd@inpacta.com |      fjagla@leydig.com |

*Attorneys for* S.H. INC.

DEBEVOISE & PLIMPTON LLP

By:  /s/ David H.Bernstein_____
     David H. Bernstein
     919 Third Avenue
     New York, New York 10022
     Tel. (212) 909-6696
     dhbernstein@debevoise.com

*Attorneys for* THE LAW SOCIETY

FINAL ORDER –CV10-0248MJP

Page 3 of 4

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100

**ORDER**

Having reviewed the Parties' Proposed Permanent Injunction and Final Order on Consent,

The Court hereby ORDERS the relief provided for in the proposed Order and GRANTS dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated this _____day of July, 2010.

_____
The Honorable Marsha J. Pechman
United States District Judge

Presented by:

DEBEVOISE & PLIMPTON, LLP

_____/s/David H. Bernstein_____
David H. Bernstein  (Admitted *Pro Hac Vice*)
919 Third Avenue
New York, New York 10022
Tel:  (212) 919-6000


LEYDIG, VOIT & MAYER, LTD.

_____/s/Frances M. Jagla_____
Frances M. Jagla, WSBA No. 38543
1420 Fifth Avenue
Suite 3670
Seattle, Washington 98101
Tel: (206) 428-3104

FINAL ORDER –CV10-0248MJP

Page 4 of 4

Leydig, Voit & Mayer
1420 Fifth Avenue, Suite 3670
Seattle, Washington 98101
206-428-3100